UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-MC-00156 FMO (JPR x) | Date | December 20, 2024 |
|---|---|---|---|
| Title | ASI, Inc. v. Boren, Osher & Luftman, LLP | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    (In Chambers) Order to Show Cause Re: Consolidation

Having reviewed the dockets in ASI, Inc. v. Izzy Holdings, LLC, MC 24-0151 FMO (JPRx); ASI, Inc. v. Swift Harvest USA, LLC, MC 24-0152 FMO (JPRx); ASI, Inc. v. Ruben, Raucher and Blum, et al., MC 24-0154 FMO (JPRx); ASI, Inc. v. Allegent Group, LLP, et al., MC 24-0155 FMO (JPRx); and ASI, Inc. v. Boren, Osher & Luftman, LLP, MC 24-0156 FMO (JPRx), IT IS ORDERED THAT:

1. No later than **January 3, 2025**, each party shall file a Memorandum Re: Consolidation ("Memorandum"), no longer than ten pages in length, addressing (1) the extent to which there are similar factual and/or legal issues in the above cases, and (2) whether or not the cases should be consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

2. If the parties agree that the cases should be consolidated, then the parties shall file a stipulation in lieu of a Memorandum no later than **January 3, 2025**.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | vdr |